UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CAROLYN VEGA,<br><br>　　　　Defendant. | CR No. 20CR00096-PSG<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1344(2): Bank Fraud; 18 U.S.C. § 1709: Theft of Mail by Postal Service Employee; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft] |

The Grand Jury charges:

### COUNTS ONE THROUGH SEVEN
[18 U.S.C. §§ 1344(2), 2]

A.   INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1. Bank of America, N.A. ("Bank of America") and JP Morgan Chase ("Chase") were financial institutions insured by the Federal Deposit Insurance Corporation.

2. Bank of America and Chase account holders could deposit checks into their accounts, and withdraw funds from their accounts, using Automated Teller Machines at Bank of America, Chase, and other financial institutions.

3.  Defendant CAROLYN VEGA was a United States Postal Service carrier technician assigned to deliver mail in Norwalk, California.

B.  THE SCHEME TO DEFRAUD

4.  Beginning on a date unknown to the Grand Jury, and continuing through on or about January 1, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant VEGA, and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly and with intent to defraud, executed a scheme to obtain moneys, funds, credits, assets, and other property owned by and under the custody and control of Bank of America and Chase by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

5.  The fraudulent scheme operated and was carried out, in substance, as follows:

   a.  Defendant VEGA would steal checks issued by businesses or individuals from the mail.

   b.  Defendant VEGA and a co-schemer, and others known and unknown to the Grand Jury, would deposit the stolen checks into Bank of America and Chase accounts belonging to defendant VEGA or to defendant VEGA and the co-schemer.  In doing so, defendant VEGA and her co-schemer falsely represented to Bank of America and Chase that she or the co-schemer was an authorized payee of the checks and concealed from Bank of America and Chase that she and the co-schemer were not authorized to receive the proceeds of the stolen checks.

   c.  Defendant VEGA and a co-schemer, and others known and unknown to the Grand Jury, would withdraw the proceeds of the stolen

checks through cash withdrawals or transfers to other bank accounts belonging to defendant VEGA.

    d. The total value of the stolen checks deposited by defendant VEGA or her co-schemer equaled $37,927.19.

C.    EXECUTIONS OF THE FRAUDULENT SCHEME

    6. On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, defendant VEGA, together with others known and unknown to the Grand Jury, each aiding and abetting the other, committed and willfully caused the commission of the following acts, each of which constituted an execution of the fraudulent scheme:

| COUNT | DATE | ACT |
| --- | --- | --- |
| ONE | April 6, 2017 | Deposit of a stolen check issued in the amount of $4,500 into defendant VEGA's Bank of America account ending in 2417. |
| TWO | April 18, 2017 | Deposit of a stolen check issued to T.C. in the amount of $1,905.70 into defendant VEGA's Bank of America account ending in 1865. |
| THREE | April 25, 2017 | Deposit of a stolen check issued to B.T. in the amount of $635.07 into defendant VEGA's Bank of America account ending in 1865. |
| FOUR | May 10, 2017 | Deposit of a stolen check in the amount of $10,000 into defendant VEGA's Bank of America account ending in 8805. |
| FIVE | September 18, 2017 | Deposit of a stolen check in the amount of $5,540 into defendant VEGA's Bank of America account ending in 1865. |
| SIX | September 20, 2017 | Transfer of $3,040 from defendant VEGA's Bank of America account ending in 1865 to defendant VEGA's Bank of America account ending in 2417. |

| COUNT | DATE | ACT |
|---|---|---|
| SEVEN | January 1, 2019 | Deposit of a stolen check in the amount of $1,500 into defendant VEGA's Chase account ending in 1325. |

## COUNT EIGHT

[18 U.S.C. § 1709]

On or about May 3, 2017, in Los Angeles County, within the Central District of California, defendant CAROLYN VEGA, an employee of the United States Postal Service, stole, abstracted, and removed mail and an article from the mail, namely, a $10,000 check contained in a letter addressed to E.D.D. in Norwalk, California, which had come into her possession intended to be conveyed by the United States mail.

COUNT NINE

[18 U.S.C. § 1709]

On or about September 14, 2017, in Los Angeles County, within the Central District of California, defendant CAROLYN VEGA, an employee of the United States Postal Service, stole, abstracted, and removed mail and an article from the mail, namely, a $5,540 check contained in a letter addressed to S.C.D. in Norwalk, California, which had come into her possession intended to be conveyed by the United States mail.

## COUNT TEN

[18 U.S.C. §§ 1028A(a)(1), 2(b)]

On or about April 18, 2017, in Los Angeles County, within the Central District of California, defendant CAROLYN VEGA knowingly possessed and used, and willfully caused to be possessed and used, without lawful authority, a means of identification that defendant VEGA knew belonged to another person, namely, the name of victim T.C., during and in relation to the offense of Bank Fraud, a felony violation of Title 18, United States Code, Section 1344(2), as charged in Count Two of this Indictment.

## COUNT ELEVEN

[18 U.S.C. §§ 1028A(a)(1), 2(b)]

On or about April 25, 2017, in Los Angeles County, within the Central District of California, defendant CAROLYN VEGA knowingly possessed and used, and willfully caused to be possessed and used, without lawful authority, a means of identification that defendant VEGA knew belonged to another person, namely, the name of victim B.T., during and in relation to the offense of Bank Fraud, a felony violation of Title 18, United States Code, Section 1344(2), as charged in Count Three of this Indictment.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

SHAWN J. NELSON
Assistant United States Attorney
Acting Deputy Chief,
General Crimes Section

MATTHEW J. ROSENBAUM
Assistant United States Attorney
General Crimes Section